**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMETRIA R.[1],                                    )
                                                   )
           **Plaintiff**                              )
                                                   )
           v.                                        )   **Civil Case No. 20-3227 (RJL/GMH)**
                                                   )
KILOLO KIJAKAZI, Acting                            )
Commissioner of Social Security,[2]                )
                                                   )
          **Defendants.**                            )
                                                   )

**MEMORANDUM OPINION**
August ⬩, 2022 [Dkts. ## 11, 12]

On June 30, 2022, Magistrate Judge G. Michael Harvey issued a Report and Recommendation [Dkt. # 17] in this case. Under Local Rule 72.3(b), the parties had fourteen days after being served with a copy of the Report and Recommendation to file written objections to the proposed recommendations. To date, no objections have been filed. Upon careful consideration of the record in this case and of Magistrate Judge Harvey's Report and Recommendation, Accordingly, for the reasons set forth in the Report and Recommendation, the Court **ADOPTS** and **ACCEPTS** the Report and Recommendation in full.

---

[1] Plaintiff's name has been partially redacted in accordance with the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The current Defendant has been substituted in place of her predecessor pursuant to Federal Rule of Civil Procedure 25(d).

Accordingly, the Court shall **GRANT in part** and **DENY in part** plaintiff's Motion for judgement [Dkt. # 11] and **DENY** defendant's Motion for Judgment of Affirmance [Dkt. # 12]. The case is remanded to the Commissioner for further proceedings consistent with this Opinion. An appropriate Order accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge